UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SUMAYA YOUSEF, as Administrator of the
Estate of BASSEM YOUSEF, deceased

                      Plaintiff,

      -against-                                  19 **CIVIL** 1737 (CS)

                                            **JUDGMENT**

COUNTY OF WESTCHESTER; KEVIN M.
CHEVERKO, individually, and as Commissioner
of Corrections; and JOHN DOES 1-12, being
Westchester County Department of Correction
Warden, Administrators, Supervisors and/or
Officers,

                      Defendants.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 28, 2020, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      April 29, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                            **Clerk of Court**
                         **BY:**
                                            _____
                                            **Deputy Clerk**